UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
AUGUSTUS EDGERTON,

                 Petitioner,

  -against-

U.S. DEPARTMENT OF JUSTICE,
Federal Bureau of Prisons,

                Respondent.
-----------------------------------------------------------------X

JUDGMENT
07-CV-1410 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 18 2007 ★
BROOKLYN OFFICE

An Order of Honorable John Gleeson, United States District Judge, having been filed on May 15, 2007, denying the petition for habeas relief; it is

ORDERED and ADJUDGED that the petition take nothing of the respondent; and that the petition for habeas relief is denied.

Dated: Brooklyn, New York
       May 17, 2007

                                                   s/Robert C. Heinemann
                                                   ROBERT C. HEINEMANN
                                                   Clerk of Court